**FINANCIAL INSTITUTIONS WHO HAVE FILED AGREEMENTS TO BE APPROVED
AS A DEPOSITORY OF TRUST ACCOUNTS AND TO PROVIDE DISHONORED CHECK REPORTS IN
<u>ACCORDANCE WITH RULE 221, Pa.R.D.E.</u>**

**<u>New</u>**

674 First Commonwealth Federal Credit Union

**<u>Name Change</u>**

**<u>Platinum Leader Change</u>**

673 Benchmark Federal Credit Union - Add
662 Bank of Bird-in-Hand - Add

**<u>Correction</u>**

**<u>Removal</u>**

July 2022